(ORDER LIST: 586 U.S.)

WEDNESDAY, JANUARY 30, 2019

CERTIORARI DENIED

United States Courts
Southern District of Texas
FILED
*August 02, 2019*

David J. Bradley, Clerk of Court

18-7650        JENNINGS, ROBERT M. V. DAVIS, DIR., TX DCJ
(18A775)

      The application for stay of execution of sentence of death presented to Justice Alito and by him referred to the Court is denied. The petition for a writ of certiorari is denied.

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

August 02, 2019

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

    No. 19-70005    Robert Jennings v. Lorie Davis, Director  
                         USDC No. 4:09-CV-219

Dear Mr. Bradley,

Enclosed is a copy of the Supreme Court order denying certiorari.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____  
                          Charlene A. Vogelaar, Deputy Clerk  
                          504-310-7648